FILED
2010 Aug-27 PM 05:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit A

# JIM BURKE / Automotive Group
Alabama's driving force for over fifty years.




December 3, 2009




Mr. Mike Coleman
Dealer Development
Jaguar Landrover
6630 Buckingham Circle
Cumming, GA 30040

Re: **RELOCATION REQUEST**
   **JIM BURKE JAGUAR - DEALER 5677**



Dear Mike:

This letter is to respectfully request approval of our Jaguar franchise to be relocated back to its original location which is:

   1301 5th Avenue, North
   Birmingham, AL 35203



The current address is 2415 7th Avenue South. The lease at this current location is close to expiration and one that we are not intending to renew. This will allow us to consolidate some resources and place more focus on the brand.

Jaguar will have its dedicated showroom and Service Entrance, as is currently. Subaru will share/dual this building, as is currently as well.

If you need any additional information please feel free to let us know. We appreciate your consideration and look forward to hearing from you at your earliest convenience.



Sincerely,

Jim Burke, Jr.
President

JB/jg

cc: Mark Livings




**DOWNTOWN**
1301 Fifth Avenue North
Birmingham, Alabama 35203
205/324-3371

**ENSLEY**
2500 Ensley Avenue
Birmingham, Alabama 35218
205/780-3680

**MEDICAL CENTER**
2415 Seventh Avenue South
Birmingham, Alabama 35233
205/252-8154

# Exhibit B

J5677

**JAGUAR**

December 10, 2009

JAGUAR CARS
555 MacArthur Boulevard
Mahwah, NJ 07430 USA

www.jaguar.com

Mr. Jim Burke, Jr.
Jim Burke Jaguar
2415 Seventh Avenue South
Birmingham, AL 35233

Dear Jim:

On behalf of Jaguar Land Rover North America, LLC ("JLRNA"), I am writing in response to your December 3, 2009 letter requesting to relocate Jim Burke Jaguar from its current site at 2415 Seventh Avenue South in Birmingham, AL to a site located at 1301 5th Avenue, North in Birmingham.

JLRNA is currently conducting a market study in the Birmingham market area to determine if the proposed site is located in the optimal location for the Jaguar brand. JLRNA evaluates all proposed retail locations based on the following, (a) proximity to other competitive luxury automotive brands, (b) proximity to luxury neighborhoods, (c) visibility to freeway or major, high-volume thoroughfares frequented by luxury customers, all for the purposes of maximizing exposure to luxury customer convenience and their traffic patterns. The analysis encompasses customer convenience and in particular includes a review of the proximity of the site to any concentration of new Jaguar registrations and new vehicle registrations for competitive brands in your market. JLRNA will evaluate your proposed relocation site based on these criteria. Once the market study has been completed I will notify you with JLRNA's position with regards to approving the site.

With regards to JLRNA approving the proposed facility, please note the proposed facility will be required to meet Jaguar's current brand image standards and capacity requirements (facility guide enclosed). The exterior of the facility will be required to include a portico on the entrance to the Jaguar showroom, and the front elevation of the dealership must be consistent with Jaguar's prototype facility design. The interior must meet all of Jaguar's facility requirements which include furniture, tile, fit, finish, and the required Jaguar Branded Elements. All of these facility requirements can be found on JLRNA's facility website (www.jaguarlandroverfacilityci.com).

In order for JLRNA to review your proposed relocation facility, your organization will be required to submit facility plans for the review and approval process by JLRNA. The instructions for submitting facility plans for relocation to JLRNA are listed below and will assist in the process of receiving approval of your facility plans by JLRNA. The "Design Review Team" at the National office requests that the preliminary facility plans be sent to them in the following format:

- **Site Plan** - Placing facility on property showing street access to the facility. Please call out total acres of property.
- **Floor Plan** - Please label all offices, please label branded elements in showroom (if possible). Please call out total square feet of the showroom and place vehicles in showroom by brand.
- **Exterior Front Elevation**



**By department:**

- **Parking** - Total number of parking spaces on site plan.
- **Parts Storage** - Please label all offices dedicated to parts. Please call out total square feet for the parts storage, and indicate if parts department is double decked.
- **Service** - Please label all offices dedicated service. Please label each bay in the following matter, flat bay, lift bay, wash bay, alignment bay, please label each service work bay by brand. Please call out total square feet of the service department.

**Please label the square footage of the following:**

- **Showroom total sq. feet** =
- **Total Building sq feet.** =
- **Total Acres of Site** =

Once your facility plans have been completed, please send 1 copy of your plans to me at the following address:

**Michael Coleman**
**6630 Buckingham Circle**
**Cumming, GA  30040**
**(678) 463-4771**

Please also send me via the e-mail a copy in a PDF file so I can forward the file on to the National office for review. Also, I have enclosed a checklist outlining the necessary documentation that JLRNA requires in connection with a relocation proposal. Please review the checklist and supply the requested items back to my address listed above.

Finally, please note that all relocation requests are subject to first securing JLRNA's express written approval.

If you have any questions, please contact me directly at (678) 463-4771.

Sincerely,

*[signature]*

Michael Coleman
Franchise Development Manager
Jaguar Land Rover North America, LLC


cc: L. Maas

| Jaguar Land Rover North America, LLC<br>Franchise Development<br>**Franchise Relocation / Renovation Checklist** | Date: December 10, 2009<br>Dealer: Jim Burke Jaguar<br>City / State: Birmingham, AL |
|---|---|

Materials to be provided by the dealer

- [ ] Minutes of Board Meeting authorizing relocation
- [ ] Detailed timeline and description of the proposed actions
- [ ] Exact address of new facility
  -Include telephone number and fax number (As soon as available)
- [N/A] Plot plan of proposed site
- [ ] Copy of facility lease or purchase documentation for proposed location
- [ ] Pro-forma income statement and balance sheet
- [ ] Detailed facility plan (based on protoptypical design & outlined in cover letter)
  *Please note: all designs (structure, specifications, materials finishes, etc.) must conform with Jaguar's corporate image prototypical designs as outlined on Jaguar's and Land Rover's Facility Design website and must receive approval from JLRNA, LLC*
  - Facility photographs of proposed dealership facility
  - Artist rendering(s) of proposed dealership facility
  - Color rendering(s) of the facility's exterior
  - Plan for adding Brand / Corporate Signage.
- [ ] Operational plan - including personnel summary (if applicable)
  - Include plan for service write-up

CENTRE NAME: Jim Burke Jaguar  
CITY, STATE: Birmingham, AL  
REGION: Southern Region  
FD MANAGER: Michael Coleman  
DATE: 12/10/2009  

JAGUAR

## JAGUAR DEALERSHIP GUIDE

|  | Guide | Jaguar |
|---|---|---|
| Annual Planning Volume (PV) New Vehicle | 100 | 100 |
| Annual Certified Pre-Owned (CPO) Volume | 50 | 50 |
| Total Monthly (NEW + CPO) | 13 | 13 |
| Units In Operation (UIO) Guide | 150 | 168 - 336 |
| UIO PV Actual | 250 | 073-1008 |
| UIO PV (Larger of Guide or Actual) | 200 | 200 |

### Showroom And Sales

| | | Units | Sq. Ft. | |
|---|---|---|---|---|
| Showroom | Showroom Display | 3 | 1,200 | |
| | Hub - Including Lobby / Reception Area | 1 | 1,200 | |
| | Children's play area | 1 | 0 | |
| | Customer Work Stations | 1 | 50 | |
| | New Car Delivery | 0 | 0 | |
| Sales Department | Sales Managers | 2 | 240 | |
| | Centre Manager | 1 | 150 | |
| | Certified Pre-Owned Sales Manager | 0 | 0 | |
| | Sales Consultants / F&I Personnel | 4 | 400 | |
| | **Total Sales Area** | | **3,240** | |

### Administration

| | Units | Sq. Ft. | |
|---|---|---|---|
| Retailer Principal Office (Optional) | 1 | 190 | Yes - Dealer Principal Office |
| General Office | 1 | 145 | |
| Cashier | 1 | 65 | |
| Business Manager's Office | 1 | 0 | Administrative Space Required |
| Conference & Training | 1 | 0 | |
| Public Restrooms | 1 | 100 | |
| Janitor Room | 1 | 40 | |
| Storage Area | 1 | 50 | |
| Computer / Phone | 1 | 50 | |
| Electrical Room | 1 | 50 | |
| Circulation (20%) | 1 | 138 | |
| **Total Administration Area** | | **828** | |

### Service Department

| | | Units | Sq. Ft. | Recommended Units & |
|---|---|---|---|---|
| | Service Technicians | 4 | | 4 |
| A) SERVICE SHOP | Flat Bays | 2 | 960 | 2   960 |
| | Lift Bays | 4 | 1,920 | 4   1,920 |
| | Total Productive Work Bays (Flat+Lift) | 6 | 2,880 | |
| | Wash Bays | 1 | 480 | 1   480 |
| | Alignment Bays | 1 | 480 | |
| | Total Service Shop/Bays | 8 | 3,840 | |
| B) SERV. CUSTOMER CONTACT | Vehicle Reception | 2 | 860 | |
| | Service Writers(Advisors) / Area | 1 | 100 | 1   100 |
| | Service Manager / Area | 1 | 120 | |
| | Dispatcher / Area | 0 | 0 | |
| | Foreman / Area | 0 | 0 | |
| C) SERVICE SUPPORT AREA | Tool Room | 1 | 200 | |
| | Oil & Compressor | 1 | 100 | |
| | Locker / Restroom | 1 | 150 | |
| | Lunch Room | 1 | 100 | |
| | Circulation (15%) | 1 | 822 | |
| | **Total Service Area (A+B+C)** | | **6,302** | |

### Parts Department

| | Units | Sq. Ft. |
|---|---|---|
| Storage | 1 | 1,800 |
| Wholesale Pick-Up | 1 | 50 |
| Tech Parts | 1 | 100 |
| Tech Parts Pick-Up | 1 | 60 |
| Shipping & Receiving | 1 | 100 |
| Parts Manager's Office | 1 | 100 |
| Secured Storage | 1 | 60 |
| Warranty Office | 1 | 100 |
| Tech. Library | 1 | 25 |
| **Total Parts** | | **2,395** |

### Vehicle Display

| | | Units | Sq. Ft. | |
|---|---|---|---|---|
| Parking @ 250 Sq. Ft. Per Unit | New Car Parking | 9 | 2,250 | Yes - Reduce required space |
| | CPO Parking | 8 | 2,000 | |
| | Demo Units Parking | 4 | 1,000 | |
| | Service Parking | 18 | 4,500 | Yes - Reduce required space |
| | Service Loaner Parking | 2 | 500 | |
| | Customer Parking | 2 | 500 | |
| | Employee Parking | 15 | 3,750 | |
| | **Total Parking Spaces / Area** | **58** | **14,500** | |

### Exterior Requirements

| | | Units | Sq. Ft. |
|---|---|---|---|
| Jaguar | Jaguar Performance Display | 1 | 350 |
| | Trash Enclosure | 1 | 110 |
| | Landscape & Circulation (25%) | 1 | 3,740 |
| | **Total Exterior Requirements** | | **4,200** |

### Summary

| | | | |
|---|---|---|---|
| Total Sales Area | 3,240 | | |
| Total Administration Area | 828 | | |
| Total Service Area (A+B+C) | 6,302 | | |
| Total Parts | 2,395 | | |
| **TOTAL BUILDING** | **12,765** | 0.29 | ACRES |
| Total Parking Area | 14,500 | | |
| Total Exterior Requirements | 4,200 | | |
| **TOTAL PARKING & EXTERIOR** | **18,700** | 0.43 | ACRES |
| **TOTAL SQ. FT. (BUILDING, PARKING & EXT.)** | **31,465** | **0.72** | **TOTAL ACRES** |

Prepared on: 12/10/2009                                    Facility Guide Template 3 5 09.xls

# Exhibit C

# JIM BURKE / Automotive Group
Alabama's driving force for over fifty years.

**DOWNTOWN**
1301 Fifth Avenue North
Birmingham, Alabama 35203
205/324-3371

Received

JUN 0 9 2010

Land Rover
Development

**ENSLEY**
2500 Ensley Avenue
Birmingham, Alabama 35218
205/780-3680



**VIA OVERNIGHT DELIVERY and EMAIL**
Mr. Aaron Nicholson
Jaguar Land Rover North America, LLC
555 MacArthur Boulevard
Mahwah, NJ 07430-2327





RE: Relocation

Dear Mr. Nicholson:

Please be advised, pursuant to paragraph (4.4) of the Jaguar Dealer Agreement Standard Provisions, of Jim Burke Automotive's intent to relocate, on or before July 1, 2010, its existing Jaguar operations from 2415 7th Avenue South, Birmingham, AL to 1301 5th Avenue North, Birmingham, Al.

Enclosed herewith please find photographs (via email) of the new facility. Let me know if you have any questions. Please provide me with Jaguar Land Rover North America, LLC's approval as soon as possible.



**MEDICAL CENTER**
2415 Seventh Avenue South
Birmingham, Alabama 35223
205/252-8154



Respectfully submitted,

Mark Livings, CEO













# Exhibit D

J5677



June 9, 2010

**JAGUAR CARS**
555 MacArthur Boulevard
Mahwah, NJ 07430 USA

www.jaguar.com

Mr. Mark Livings
Jim Burke Jaguar
2415 Seventh Avenue South
Birmingham, AL 35233

Dear Mr. Livings:

On behalf of Jaguar Land Rover North America, LLC ("JLRNA"), I am writing in response to your letter (not dated) to Mr. Aaron Nicholson, and our phone discussion on June 9, 2010 requesting to relocate Jim Burke Jaguar from its current site at 2415 Seventh Avenue South in Birmingham, AL to a site located at 1301 5th Avenue North, in Birmingham.

Mr. Jim Burke Jr. (Dealer) sent a letter to me on December 3, 2009 with the same relocation request for Jim Burke Jaguar. I responded back to Mr. Burke on December 10, 2009 outlining the necessary documentation that JLRNA requires in connection with a relocation proposal. To date, JLRNA has not received any of the required documentation for this relocation request. I have enclosed the December 10, 2009 letter, Franchise Relocation/Renovation Checklist, and Facility Guide to once again request the required documentation to be provided by Jim Burke Jaguar in order for JLRNA to consider this relocation request.

With regards to JLRNA approving the proposed facility, please refer to paragraph three of my December 10, 2009 letter. Please note the proposed facility will be required to meet Jaguar's current brand image standards for the interior/exterior design, and capacity requirements.

Finally, please note that all relocation requests are subject to first securing JLRNA's express written approval.

If you have any questions, please contact me directly at (678) 463-4771.

Sincerely,

Michael Coleman
Franchise Development Manager
Jaguar Land Rover North America, LLC

cc: L. Maas    J. Crowley

J5677

# JAGUAR

**JAGUAR CARS**
555 MacArthur Boulevard
Mahwah, NJ 07430 USA

www.jaguar.com

December 10, 2009

Mr. Jim Burke, Jr.
Jim Burke Jaguar
2415 Seventh Avenue South
Birmingham, AL 35233

Dear Jim:

On behalf of Jaguar Land Rover North America, LLC ("JLRNA"), I am writing in response to your December 3, 2009 letter requesting to relocate Jim Burke Jaguar from its current site at 2415 Seventh Avenue South in Birmingham, AL to a site located at 1301 5th Avenue, North in Birmingham.

JLRNA is currently conducting a market study in the Birmingham market area to determine if the proposed site is located in the optimal location for the Jaguar brand. JLRNA evaluates all proposed retail locations based on the following, (a) proximity to other competitive luxury automotive brands, (b) proximity to luxury neighborhoods, (c) visibility to freeway or major, high-volume thoroughfares frequented by luxury customers, all for the purposes of maximizing exposure to luxury customer convenience and their traffic patterns. The analysis encompasses customer convenience and in particular includes a review of the proximity of the site to any concentration of new Jaguar registrations and new vehicle registrations for competitive brands in your market. JLRNA will evaluate your proposed relocation site based on these criteria. Once the market study has been completed I will notify you with JLRNA's position with regards to approving the site.

With regards to JLRNA approving the proposed facility, please note the proposed facility will be required to meet Jaguar's current brand image standards and capacity requirements (facility guide enclosed). The exterior of the facility will be required to include a portico on the entrance to the Jaguar showroom, and the front elevation of the dealership must be consistent with Jaguar's prototype facility design. The interior must meet all of Jaguar's facility requirements which include furniture, tile, fit, finish, and the required Jaguar Branded Elements. All of these facility requirements can be found on JLRNA's facility website (www.jaguarlandroverfacilityci.com).

In order for JLRNA to review your proposed relocation facility, your organization will be required to submit facility plans for the review and approval process by JLRNA. The instructions for submitting facility plans for relocation to JLRNA are listed below and will assist in the process of receiving approval of your facility plans by JLRNA. The "Design Review Team" at the National office requests that the preliminary facility plans be sent to them in the following format:

- **Site Plan** - Placing facility on property showing street access to the facility. Please call out total acres of property.
- **Floor Plan** - Please label all offices, please label branded elements in showroom (if possible). Please call out total square feet of the showroom and place vehicles in showroom by brand.
- **Exterior Front Elevation**

**By department:**

- **Parking** - Total number of parking spaces on site plan.
- **Parts Storage** - Please label all offices dedicated to parts. Please call out total square feet for the parts storage, and indicate if parts department is double decked.
- **Service** - Please label all offices dedicated service. Please label each bay in the following matter, flat bay, lift bay, wash bay, alignment bay, please label each service work bay by brand. Please call out total square feet of the service department.

**Please label the square footage of the following:**

- **Showroom total sq. feet** =
- **Total Building sq feet.** =
- **Total Acres of Site** =

Once your facility plans have been completed, please send 1 copy of your plans to me at the following address:

**Michael Coleman**
**6630 Buckingham Circle**
**Cumming, GA 30040**
**(678) 463-4771**

Please also send me via the e-mail a copy in a PDF file so I can forward the file on to the National office for review. Also, I have enclosed a checklist outlining the necessary documentation that JLRNA requires in connection with a relocation proposal. Please review the checklist and supply the requested items back to my address listed above.

Finally, please note that all relocation requests are subject to first securing JLRNA's express written approval.

If you have any questions, please contact me directly at (678) 463-4771.

Sincerely,

Michael Coleman
Franchise Development Manager
Jaguar Land Rover North America, LLC

cc: L. Maas

| Jaguar Land Rover North America, LLC<br>Franchise Development | Date: | December 10, 2009 |
|---|---|---|
| | Dealer: | Jim Burke Jaguar |
| Franchise Relocation / Renovation Checklist | City / State: | Birmingham, AL |

Materials to be provided by the dealer

- [ ] Minutes of Board Meeting authorizing relocation

- [ ] Detailed timeline and description of the proposed actions

- [ ] Exact address of new facility
  -Include telephone number and fax number (As soon as available)

- [N/A] Plot plan of proposed site

- [ ] Copy of facility lease or purchase documentation for proposed location

- [ ] Pro-forma income statement and balance sheet

- [ ] Detailed facility plan (based on protoptypical design & outlined in cover letter)
  *Please note: all designs (structure, specifications, materials finishes, etc.) must conform with Jaguar's corporate image prototypical designs as outlined on Jaguar's and Land Rover's Facility Design website and must receive approval from JLRNA, LLC*
  - Facility photographs of proposed dealership facility
  - Artist rendering(s) of proposed dealership facility
  - Color rendering(s) of the facility's exterior
  - Plan for adding Brand / Corporate Signage.

- [ ] Operational plan – including personnel summary (if applicable)
  - Include plan for service write-up

| CENTRE NAME: | Jim Burke Jaguar | | | | DATE: 12/10/2009 |
|---|---|---|---|---|---|
| CITY, STATE | Birmingham | | AL | | |
| REGION: | Southern Region | | | | |
| FD MANAGER: | Michael Coleman | | | | JAGUAR |

### JAGUAR DEALERSHIP GUIDE

| | | Guide | | Jaguar |
|---|---|---|---|---|
| Annual Planning Volume (PV) New Vehicle | | 100 | | 100 |
| Annual Certified Pre-Owned (CPO) Volume | | 50 | | 50 |
| Total Monthly (NEW + CPO) | | 13 | | 13 |
| Units In Operation (UIO) Guide | | 159 | | 168 - 336 |
| UIO PV Actual | | 250 | | 673-1008 |
| UIO PV (Larger of Guide or Actual) | | 200 | | 200 |

### Showroom And Sales

| | | Units | Sq. Ft. | |
|---|---|---|---|---|
| Showroom | Showroom Display | 3 | 1,200 | |
| | Hub - Including Lobby / Reception Area | 1 | 1,200 | |
| | Children's play area | 1 | 0 | |
| | Customer Work Stations | 1 | 50 | |
| | New Car Delivery | 0 | 0 | |
| Sales Department | Sales Managers | 2 | 240 | |
| | Centre Manager | 1 | 150 | |
| | Certified Pre-Owned Sales Manager | 0 | 0 | |
| | Sales Consultants / F&I Personnel | 4 | 400 | |
| | **Total Sales Area** | | **3,240** | |

### Administration

| | Units | Sq. Ft. | |
|---|---|---|---|
| Retailer Principal Office (Optional) | 1 | 190 | Yes - Dealer Principal Office |
| General Office | 1 | 145 | |
| Cashier | 1 | 65 | |
| Business Manager's Office | 1 | 0 | Administrative Space Required |
| Conference & Training | 1 | 0 | |
| Public Restrooms | 1 | 100 | |
| Janitor Room | 1 | 40 | |
| Storage Area | 1 | 50 | |
| Computer / Phone | 1 | 50 | |
| Electrical Room | 1 | 50 | |
| Circulation (20%) | 1 | 138 | |
| **Total Administration Area** | | **828** | |

### Service Department

| | | Units | Sq. Ft. | Recommended Units & |
|---|---|---|---|---|
| | Service Technicians | 4 | | 4 |
| A) SERVICE SHOP | Flat Bays | 2 | 960 | 2  960 |
| | Lift Bays | 4 | 1,920 | 4  1,920 |
| | Total Productive Work Bays (Flat+Lift) | 6 | 2,880 | |
| | Wash Bays | 1 | 480 | 1  480 |
| | Alignment Bays | 1 | 480 | |
| | Total Service Shop/Bays | 8 | 3,840 | |
| B) SERV. CUSTOMER CONTACT | Vehicle Reception | 2 | 860 | |
| | Service Writers(Advisors) / Area | 1 | 100 | 1  100 |
| | Service Manager / Area | 1 | 120 | |
| | Dispatcher / Area | 0 | 0 | |
| | Foreman / Area | 0 | 0 | |
| C) SERVICE SUPPORT AREA | Tool Room | 1 | 200 | |
| | Oil & Compressor | 1 | 100 | |
| | Locker / Restroom | 1 | 160 | |
| | Lunch Room | 1 | 100 | |
| | Circulation (15%) | 1 | 822 | |
| | **Total Service Area (A+B+C)** | | **6,302** | |

### Parts Department

| | Units | Sq. Ft. | |
|---|---|---|---|
| Storage | 1 | 1,800 | |
| Wholesale Pick-Up | 1 | 50 | |
| Tech Parts | 1 | 100 | |
| Tech Parts Pick-Up | 1 | 60 | |
| Shipping & Receiving | 1 | 100 | |
| Parts Manager's Office | 1 | 100 | |
| Secured Storage | 1 | 60 | |
| Warranty Office | 1 | 100 | |
| Tech. Library | 1 | 25 | |
| **Total Parts** | | **2,395** | |

### Vehicle Display

| | | Units | Sq. Ft. | |
|---|---|---|---|---|
| Parking @ 250 Sq. Ft. Per Unit | New Car Parking | 9 | 2,250 | Yes - Reduce required space |
| | CPO Parking | 8 | 2,000 | |
| | Demo Units Parking | 4 | 1,000 | |
| | Service Parking | 18 | 4,500 | Yes - Reduce required space |
| | Service Loaner Parking | 2 | 500 | |
| | Customer Parking | 2 | 500 | |
| | Employee Parking | 15 | 3,750 | |
| | **Total Parking Spaces / Area** | **58** | **14,500** | |

### Exterior Requirements

| | | Units | Sq. Ft. | |
|---|---|---|---|---|
| Jaguar | Jaguar Performance Display | 1 | 350 | |
| | Trash Enclosure | 1 | 110 | |
| | Landscape & Circulation (25%) | 1 | 3,740 | |
| | **Total Exterior Requirements** | | **4,200** | |

### Summary

| | | | |
|---|---|---|---|
| Total Sales Area | 3,240 | | |
| Total Administration Area | 828 | | |
| Total Service Area (A+B+C) | 6,302 | | |
| Total Parts | 2,395 | | |
| **TOTAL BUILDING** | **12,765** | 0.29 | ACRES |
| Total Parking Area | 14,500 | | |
| Total Exterior Requirements | 4,200 | | |
| **TOTAL PARKING & EXTERIOR** | **18,700** | 0.43 | ACRES |
| **TOTAL SQ. FT. (BUILDING, PARKING & EXT.)** | **31,465** | **0.72** | **TOTAL ACRES** |

Prepared on: 12/10/2009

Facility Guide Template 3 5 09.xls